# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

VERCIE L. LARK,

        Petitioner,     :    Case No. 2:19-cv-4160

  - vs -     District Judge Edmund A. Sargus, Jr.
        Magistrate Judge Michael R. Merz

WARDEN, Southeastern Correctional Institution,

        :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 6), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and the Petitioner's objections (ECF No. 7) that were subsequently filed. Because Petitioner's objections did not deal with the substance of the Report, the Court extended Petitioner's time to file objections to June 15, 2020.  No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.   The Court therefore ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and

1

therefore should not be permitted to proceed in forma pauperis.

IT IS SO ORDERED.

September 8, 2020                              s/Edmund A. Sargus, Jr.
                                               District Judge Edmund A. Sargus, Jr.
                                               United States District Court